IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY THOMAS ARTHURS,<br>             Plaintiff<br><br>   vs.<br><br>JEFFREY A. BEARD, Secretary, Commonwealth of Pennsylvania Department of Corrections, in his individual capacity; SUPERINTENDENT WILSON, Superintendent of SCI-Pittsburgh, in his individual capacity; WILLIAM STICKMAN, Superintendent, SCI-Pittsburgh, in his individual capacity; THOMAS BENDER, Records Supervisor, SCI-Pittsburgh, in his individual capacity; ROCHELLE Y. KING, Records Supervisor, SCI-Pittsburgh, Pennsylvania Department of Corrections, in her individual capacity; RHONDA HOUSE, Records Specialist, Pennsylvania Department of Corrections, SCI-Pittsburgh, in her individual capacity; VALERIE HALE, Records Supervisor, SCI-Pittsburgh, in her individual capacity; JUSTIN TIMOTHY SCHAUP, Records Specialist, SCI-Fayette, Pennsylvania Department of Corrections, in his individual capacity; SARAH A. TRAVIS-JAMISON, Deputy Superintendent, SCI-Fayette, Pennsylvania Department of Corrections, in her individual capacity; CATHERINE C. McVEY, Chairman of the Pennsylvania Board of Probation and Parole, in her individual capacity; DANIEL FEDENIS, Parole Supervisor, Pennsylvania Board of Probation and Parole, in his individual capacity; THOMAS DICKEY, Parole Supervisor at SCI-Pittsburgh, Pennsylvania Board of Probation and Parole, in his individual capacity,<br>             Defendants | Civil Action No. 07-862<br>Judge Joy Flowers Conti/<br>Magistrate Judge Amy Reynolds Hay |

# ORDER

AND NOW, this 27th day of May, 2008, after the Plaintiff, Jeffrey Thomas Arthurs, filed an action in the above-captioned case, and after the Defendants filed a Motion to Dismiss, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the partied until May 9, 2008 to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion to Dismiss [9], is denied.

/s/ Joy Flowers Conti
JOY FLOWERS CONTI
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Arthur L. Bloom, Esquire
ARTHUR BLOOM & ASSOCIATES
310 Grant Street
Suite 530
Pittsburgh, PA 15219

Kemal Alexander Mericli
Deputy Attorney General
Office of the Attorney General
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219