IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY THOMAS ARTHURS,<br>    Plaintiff<br><br>    vs.<br><br>JEFFREY A. BEARD, Secretary,<br>Commonwealth of Pennsylvania<br>Department of Corrections, in his<br>individual capacity, et al.,<br>    Defendants | Civil Action No. 07-862<br>Judge Joy Flowers Conti/<br>Magistrate Judge Amy Reynolds Hay |

**O R D E R**

AND NOW, this 26th day of May, 2009, after the plaintiff, Jeffrey Thomas Arthurs, filed an action in the above-captioned case, and after a Motion for Judgment on the Pleadings was filed by defendants, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until May 18, 2009, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Judgment on the Pleadings [Dkt. 22] is GRANTED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

                                              /s/ Joy Flowers Conti
                                              Joy Flowers Conti
                                              United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

All Counsel of Record by electronic filing